UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN THE MATTER OF ARBITRATION OF DISPUTES
BETWEEN

THE TRUSTEES OF THE AMALGAMATED
INSURANCE FUND,

                 Petitioners,

AND

BRADLEY-SCOTT CLOTHES, INC.,
                 Respondent.
-------------------------------------------------------------X

04 MBD 10...

03  CIVIL 2813 (HB)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
JUDGMENT #03,1549

    I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on July 29, 2003 as it appears in the records of this court, and that * no notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

    IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on November 21, 2003.

_____
**Clerk**

_____
**(By) Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
AMALGAMATED INSURANCE FUND,
Petitioners,

and

BRADLEY-SCOTT CLOTHES, INC.,
Respondent.

DEFAULT JUDGMENT
03 Civ. 2813 (HB)

The Trustees of the Amalgamated Insurance Fund (hereinafter, the "Petitioners") having commenced the within action on April 23, 2003 by filing a Petition to Confirm the Arbitration Award of Philip Ross, dated March 27, 2003 (hereinafter, the "Petition") and Bradley-Scott Clothes, Inc. (hereinafter, the "Respondent") having been duly served on May 21, 2003 with a copy of the Petition and copies of papers in support of the Petition by certified mail, return receipt requested and proofs of service having been filed on May 22, 2003 and Respondent having failed to appear, answer or otherwise move with respect to the Petition,

NOW, THEREFORE, upon application of the Petitioners and upon reading the annexed Affidavit of Judith Greenspan, Esq. duly sworn the 16th day of July 2003 and the Certificate of J. Michael McMahon, Clerk of Court, United States District Court for the Southern District of New York, noting the default of the above named Respondent for failure to appear, answer or otherwise move with respect to the Petition, it is hereby,

ORDERED AND ADJUDGED, that the Arbitration Award of Philip Ross, dated March 27, 2003, be confirmed; it is further,

ORDERED, ADJUDGED AND DECREED, that Petitioners have Judgment against Respondent on the Award in the principal amount of $54,165.85 together with interest in the amount of $1,720.89, liquidated damages in the amount of $1,720.89 and costs in the amount of $150.00, for a total Judgment of $57,757.63.

Dated: 7/26/03
New York, New York

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7-25-3

Harold Baer, Jr.
United States District Court Judge